```
 1  BENJAMIN B. WAGNER
    United States Attorney
 2  HEATHER MARDEL JONES
    Assistant United States Attorney
 3  United States Courthouse
    2500 Tulare Street, Suite 4401
 4  Fresno, California 93721
    Telephone: (559) 497-4000
 5  Facsimile: (559) 497-4099

 6  Attorneys for the United States
```

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>REAL PROPERTY LOCATED AT 5590 E. GARLAND AVENUE, FRESNO, FRESNO COUNTY, CALIFORNIA, APN:494-050-20, INCLUDING ALL APPURTENANCES AND IMPROVEMENTS THERETO<br><br>　　　　　Defendant. | 1:11-CV-02052-AWI-GSA<br><br>**APPLICATION AND ORDER FOR PUBLICATION** |

　　　　The United States of America, Plaintiff herein, applies for an order of publication as follows:

　　　　1.　　Rule G(4) of the Supplemental Rules for Admiralty or Maritime Claims and Asset Forfeiture Actions (hereafter "Supplemental Rules") provides that the Plaintiff shall cause public notice of the action to be given in a newspaper of general circulation or on the official internet government forfeiture site;

　　　　2.　　Local Rule 171, Eastern District of California, provides that the Court shall designate by order the appropriate newspaper or other vehicle for publication;

///

1        3.      The defendant 5590 E. Garland Ave., Fresno California, Fresno
2 County APN: 494-050-20, including all appurtenances and improvements thereto
3 (hereafter "defendant real property") is located in the city of Fresno, in Fresno
4 County, California.

5        4.      Plaintiff proposes that publication be made as follows:

6            a.      One publication;
7            b.      Thirty (30) consecutive days;
8            c.      On the official internet government forfeiture site
9                    www.forfeiture.gov;
10           d.      The publication is to include the following:
11                (1)      The Court and case number of the action;
12                (2)      The date of the seizure/posting;
13                (3)      The identity and/or description of the property
14 seized/posted;
15                (4)      The name and address of the attorney for the Plaintiff;
16                (5)      A statement that claims of persons entitled to possession
17 or claiming an interest pursuant to Supplemental Rule G(5) must be filed with the
18 Court and served on the attorney for the Plaintiff no later than 60 days after the
19 first day of publication on the official internet government forfeiture site; and
20                (6)      A statement that answers to the Complaint or a motion
21 under Rule 12 of the Federal Rules of Civil Procedure must be filed and served
22 within 21 days after the filing of the claims and, in the absence thereof, default may
23 ///
24 ///
25 ///
26 ///
27 ///
28 ///

1  be entered and condemnation ordered.

3  Dated: December 16, 2011          BENJAMIN B. WAGNER
                                     United States Attorney

                                     /s/ Heather Mardel Jones
                                     HEATHER MARDEL JONES
                                     Assistant United States Attorney

**ORDER**

IT IS SO ORDERED.

Dated:   **December 19, 2011**              **/s/ Gary S. Austin**
                                     UNITED STATES MAGISTRATE JUDGE