1
2
3
4
5   **IN THE UNITED STATES DISTRICT COURT**
6   **FOR THE EASTERN DISTRICT OF CALIFORNIA**
7
8   UNITED STATES OF AMERICA,                    CASE NO. CV F 11-2052 AWI GSA
                                                  **New Case No. CV F 11-2052 LJO SKO**
9              Plaintiff,
                                                  **ORDER TO RELATE ACTIONS AND TO**
10       vs.                                      **ASSIGN NEW DISTRICT JUDGE AND**
                                                  **MAGISTRATE JUDGE**
11   REAL PROPERTY LOCATED AT                     (Doc. 4.)
     5590 E. GARLAND AVENUE, etc.
12
               Defendant.
13   _____/

14          Review of the above-captioned action reveals that it is related under this Court's Local Rule 123

15   to the actions entitled *United States of America v. Mark Bagdasarian, et al.*, Case No. CR F 11-0352

16   LJO SKO and *United States of America v. Approximately $35,900 in U.S. Currency, et al.,* Case No. CV

17   F 12-0254 LJO SKO.  The actions involve the same or similar parties, properties, claims, events and/or

18   questions of fact or law.  Accordingly, assignment of the actions to the same district judge and

19   magistrate judge will promote convenience, efficiency and economy for the Court and parties.  An order

20   relating cases under this Court's Local Rule 123 merely assigns them to the same district judge and

21   magistrate judge, and no consolidation of cases is effected.

22          On the basis of good cause, this Court ORDERS that the above-captioned action is reassigned

23   to U.S. District Judge Lawrence J. O'Neill and U.S. Magistrate Judge Sheila K. Oberto with a new

24   **CASE NO. CV F 11-2052 LJO SKO**.  All documents shall bear the new **CASE NO. CV F 11-2052**

25   **LJO SKO** and the reassignment to U.S. District Judge Lawrence J. O'Neill and  U.S. Magistrate Judge

26   Sheila K. Oberto.

27          IT IS SO ORDERED.

28   **Dated:     February 29, 2012              /s/ Lawrence J. O'Neill**

1

1                                       UNITED STATES DISTRICT JUDGE