IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>REAL PROPERTY LOCATED AT 5590 E. GARLAND AVENUE, etc.<br><br>Defendant.<br>_____/ | CASE NO. CV F 11-2052 AWI GSA<br>New Case No. CV F 11-2052 LJO SKO<br><br>**ORDER TO RELATE ACTIONS AND TO ASSIGN NEW DISTRICT JUDGE AND MAGISTRATE JUDGE**<br>(Doc. 4.) |

Review of the above-captioned action reveals that it is related under this Court's Local Rule 123 to the actions entitled *United States of America v. Mark Bagdasarian, et al.*, Case No. CR F 11-0352 LJO SKO and *United States of America v. Approximately $35,900 in U.S. Currency, et al.,* Case No. CV F 12-0254 LJO SKO.  The actions involve the same or similar parties, properties, claims, events and/or questions of fact or law.  Accordingly, assignment of the actions to the same district judge and magistrate judge will promote convenience, efficiency and economy for the Court and parties.  An order relating cases under this Court's Local Rule 123 merely assigns them to the same district judge and magistrate judge, and no consolidation of cases is effected.

On the basis of good cause, this Court ORDERS that the above-captioned action is reassigned to U.S. District Judge Lawrence J. O'Neill and U.S. Magistrate Judge Sheila K. Oberto with a new **CASE NO. CV F 11-2052 LJO SKO**.  All documents shall bear the new **CASE NO. CV F 11-2052 LJO SKO** and the reassignment to U.S. District Judge Lawrence J. O'Neill and  U.S. Magistrate Judge Sheila K. Oberto.

IT IS SO ORDERED.

**Dated:     February 29, 2012**              /s/ Lawrence J. O'Neill

1
UNITED STATES DISTRICT JUDGE

2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28