# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>REAL PROPERTY LOCATED AT<br>5590 E. GARLAND AVENUE, FRESNO,<br>FRESNO COUNTY, CALIFORNIA,<br>APN: 4494-050-20, INCLUDING ALL<br>APPURTENANCES AND<br>IMPROVEMENTS THERETO,<br><br>　　　　　Defendant.<br>_____ | CASE NO. 1:11-cv-02052 LJO-SKO<br><br>**ORDER RE APPOINTMENT OF COUNSEL** |

　　　On June 29, 2012, the Court granted Heather and Martin Stevens' motion to appoint counsel. (Doc. 23.) As indicated in the June 29, 2012, order, the Court has contacted the Legal Services Corporation ("LSC") to provide a recommendation for counsel willing to accept appointment in this case. LSC has indicated that Brenda Grantland, Esq., is willing to accept appointment as counsel to represent Heather and Martin Stevens.

　　　To formally accept appointment as counsel for the Stevens, Ms. Grantland should file a notice of acceptance of appointment either by a letter brief mailed directly to the Clerk of the Court

for filing, or by electronically filing a "notice" indicating her acceptance. To facilitate confirmation, Heather and Martin Stevens should also file a request for substitution of counsel, indicating they are willing that Ms. Grantland proceed as their attorney of record. Once these items are filed with the Court, the Court will issue an order regarding confirmation and substitution of counsel.

Accordingly, IT IS HEREBY ORDERED that:

1. **Within 14 days from the date of this order**, Ms. Grantland should indicate to the Court whether she formally accepts appointment as counsel for the Stevens in the manner indicated above;

2. **Within 14 days from the date of this order**, assuming Ms. Grantland formally accepts appointment as counsel, Heather and Martin Stevens should file a substitution of counsel request if they assent to Ms. Grantland's representation; and

3. The Clerk of Court is DIRECTED to serve a copy of this order on Brenda Grantland at 20 Sunnyside Suite A-204, Mill Valley, CA 94941.

IT IS SO ORDERED.

**Dated:**   July 16, 2012             /s/ Sheila K. Oberto
                                        UNITED STATES MAGISTRATE JUDGE