1
2
3
4
5
6
7
8
9
10  **UNITED STATES DISTRICT COURT**

11  EASTERN DISTRICT OF CALIFORNIA

12
13  UNITED STATES OF AMERICA,              )   CASE NO. 1:11-cv-02052-LJO-SKO
                                           )
14                  Plaintiff,             )
                                           )   **ORDER CONFIRMING APPOINTMENT**
15       v.                                )   **OF COUNSEL AND GRANTING LEAVE**
                                           )   **TO SUBMIT INTERIM REQUESTS FOR**
16  REAL PROPERTY LOCATED AT               )   **PAYMENT OF FEES PURSUANT TO 18**
    5590 E. GARLAND AVENUE, FRESNO,        )   **U.S.C. § 983(b)(2)(B)**
17  FRESNO COUNTY, CALIFORNIA,             )
    APN: 4494-050-20, INCLUDING ALL        )
18  APPURTENANCES AND                      )
    IMPROVEMENTS THERETO,                  )
19                                         )
                    Defendant.             )
20                                         )
    _____)
21

22       On May 25, 2012, claimants Heather and Martin Stevens filed a renewed motion to appoint

23  counsel pursuant to 18 U.S.C. § 983 in this civil forfeiture proceeding. (Doc. 19.) The Stevens'

24  request for appointment of counsel was granted (Doc. 23), and the Legal Services Corporation

25  referred Brenda Grantland, Esq., to the Court to serve as the Stevens' counsel. Ms. Grantland has

26  since indicated her willingness to accept the appointment as the Stevens' counsel. (Doc. 29.)

27
28

1    Accordingly, IT IS HEREBY ORDERED that Brenda Grantland, Esq., is APPOINTED and
2 CONFIRMED to represent the Stevens in this matter and is GRANTED leave to submit interim
3 requests for payment of fees in accordance with 18 U.S.C. § 983(b)(2)(B).

IT IS SO ORDERED.

**Dated:      July 27, 2012**                              /s/ Sheila K. Oberto
                                                   UNITED STATES MAGISTRATE JUDGE