# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,            )<br>                                                               )<br>                    Plaintiff,                           )<br>                                                               )<br>        v.                                                    )<br>                                                               )<br>REAL PROPERTY LOCATED AT     )<br>5590 E. GARLAND AVENUE, FRESNO, )<br>FRESNO COUNTY, CALIFORNIA,    )<br>APN: 4494-050-20, INCLUDING ALL   )<br>APPURTENANCES AND                    )<br>IMPROVEMENTS THERETO,           )<br>                                                               )<br>                                                               )<br>                    Defendant.                        )<br>                                                               )<br>_____ ) | CASE NO. 1:11-cv-02052-LJO-SKO<br><br>**ORDER CONFIRMING APPOINTMENT OF COUNSEL AND GRANTING LEAVE TO SUBMIT INTERIM REQUESTS FOR PAYMENT OF FEES PURSUANT TO 18 U.S.C. § 983(b)(2)(B)** |

On May 25, 2012, claimants Heather and Martin Stevens filed a renewed motion to appoint counsel pursuant to 18 U.S.C. § 983 in this civil forfeiture proceeding. (Doc. 19.) The Stevens' request for appointment of counsel was granted (Doc. 23), and the Legal Services Corporation referred Brenda Grantland, Esq., to the Court to serve as the Stevens' counsel. Ms. Grantland has since indicated her willingness to accept the appointment as the Stevens' counsel. (Doc. 29.)

Accordingly, IT IS HEREBY ORDERED that Brenda Grantland, Esq., is APPOINTED and CONFIRMED to represent the Stevens in this matter and is GRANTED leave to submit interim requests for payment of fees in accordance with 18 U.S.C. § 983(b)(2)(B).

IT IS SO ORDERED.

**Dated:   July 27, 2012**                                    /s/ Sheila K. Oberto
                                                                                        UNITED STATES MAGISTRATE JUDGE