UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | OLD CASE NO: 1:11-cv-2052-DAD-BAM |
| | NEW CASE NO: 1:11-cv-2052-LJO-SKO |
| **Plaintiff,** | |
| v. | **ORDER REASSIGNING CASE** |
| Real Property Located at 5590 E. Garland Avenue, Fresno, Fresno County, California, APN: 494-050-20, Including All Appurtenances and Improvements Thereto, | |
| **Defendant.** | |

    The above-captioned case recently was reassigned automatically from District Judge Lawrence J. O'Neill and Magistrate Judge Sheila K. Oberto to District Judge Dale A. Drozd and Magistrate Judge Barbara A. McAuliffe for all purposes to balance this Court's caseloads. However, due to the stage of this particular case, and to avoid Court resource duplication, the above-caption action is REASSIGNED from District Judge Dale A. Drozd to District Judge Lawrence J. O'Neill and from Magistrate Judge Barbara A. McAuliffe to Magistrate Judge Sheila K. Oberto. The new case number for this action, which

1

1  must be used on all documents filed with the court, is:

2  **1:11-cv-2052-LJO-SKO**

3  All dates currently set in this reassigned action shall remain effective subject to further order of the

4  court.

5  **IT IS SO ORDERED**
   **Dated: March 14, 2016**

6

7                                               **/s/ Lawrence J. O'Neill**
                                                **United States District Judge**
   **IT IS SO ORDERED**
8  **Dated: March 14, 2016**

9                                               **/s/ Dale A. Drozd**
                                                **United States District Judge**

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

2