# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>   Plaintiff,<br><br>   v.<br><br>REAL PROPERTY LOCATED AT 5590 E. GARLAND AVENUE, FRESNO, FRESNO COUNTY, CALIFORNIA, APN: 494-050-20, INCLUDING ALL APPURTENANCES AND IMPROVEMENTS THERETO,<br><br>   Defendant. | Case No. 1:11-cv-02052-LJO-SKO<br><br>**ORDER DIRECTING CLERK TO CLOSE CASE**<br><br>**(Doc. 41)** |

On July 27, 2017, the parties filed a joint Stipulation to Dismiss, in which Plaintiff notifies the Court that it voluntarily dismisses this action. (Doc. 41.) This stipulation is signed by all of the remaining parties in this case. (*See id.* at 2.) As such, Plaintiff has voluntarily dismissed this matter under Federal Rule of Civil Procedure 41(a)(1)(A)(ii). The Court therefore DIRECTS the Clerk to close this case.

IT IS SO ORDERED.

Dated:  **July 28, 2017**                         /s/ *Sheila K. Oberto*
                                                               UNITED STATES MAGISTRATE JUDGE