BRENDA GRANTLAND
California Bar #165899
20 Sunnyside Suite A-204
Mill Valley CA 94941
415-381-6105 (phone)
415-634-3114 (fax)
bgrantland@brendagrantland.com

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA (FRESNO)

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>vs.<br><br>REAL PROPERTY LOCATED AT 5590 EAST GARLAND AVENUE, FRESNO COUNTY, APN NO.: 494-050-20, INCLUDING ALL APPURTENANCES AND IMPROVEMENTS THERETO,<br><br>    Defendant.<br><br>HEATHER AND MARTIN STEVENS,<br><br>    Claimants. | Case No.: 1:11-CV-02052-LJO-SKO<br><br>ORDER FOR PAYMENT OF ATTORNEYS FEES TO COURT APPOINTED COUNSEL, BRENDA GRANTLAND |

    The Court has considered the motion of Brenda Grantland, appointed counsel of record for Claimants Heather and Martin Stevens, regarding payment of fees for her appointed representation, and finds the request to be reasonable and supported by law in all but one, very minor respect. Specifically, on 8/6/2012, Counsel billed for researching and drafting a motion to substitute counsel for a pro se party. Doc. 43-2 at 2. That filing was docketed as a "notice of appearance" and subsequently rejected by the Clerk's Office as having been filed under the wrong heading. Docs. 36

ORDER FOR PAYMENT OF ATTORNEYS FEES TO COURT APPOINTED COUNSEL, BRENDA GRANTLAND - 1

& 37. Counsel then billed a total of 0.2 hours for reading the Clerk's notice of filing under the wrong heading (0.1 hours) and then re-filing the motion (0.1 hours). The United States should not be required to pay for Counsel's error, however minor, so that amount (0.2 hours at $125 per hour for a total of $25) will be deducted from the total fee request.

IT IS HEREBY ORDERED that the United States if America shall pay directly to court appointed attorney Brenda Grantland $3342.50 in attorney fees, payable to the Law Office of Brenda Grantland, 20 Sunnyside Suite A-204, Mill Valley, CA 94941, within 30 days of the date of this order. IT IS SO ORDERED.

Dated: **October 6, 2017**  **/s/ Lawrence J. O'Neill**
UNITED STATES CHIEF DISTRICT JUDGE